

March 28, 2016

The Honorable J. Frederick Motz
Judge's Chambers
United States District Court for
the District of Maryland
Baltimore Division
101 W. Lombard Street
Baltimore, MD 21201

**Re: <u>Galante, et al. v. Ocwen Loan Servicing, LLC, et al</u>;**
**Civil Action No. 1:13-cv-1939**

Dear Judge Motz:

     Please allow this letter to serve as Plaintiffs' response to Ocwen's March 28, 2016 letter regarding mediation. ECF 86.

     The Defendant's assertion is incorrect. The parties' prior position, previously expressed to Judge Hollander requesting the Court to rule on the summary judgment motions before engaging in another mediation, has changed. Please see attached emails. With that said, we understand that no mediation can take place if Ocwen is not willing.

                        Sincerely,

                        /s/ Sari K. Kurland
                        Sari K. Kurland

Attachment

cc: John C. Lynch, Esq. (via CM/ECF system)

211 Jersey Lane
Rockville, MD 20850
301-424-2834 (p)
240-715-4658 (f)

sarikurland.com

Case 1:13-cv-01939-JFM   Document 87   Filed 03/28/16   Page 2 of 4

| | |
|---|---|
| **From:** | Sari Kurland |
| **To:** | "Pittman, Andrew B."; Marie-Claire Noukelak |
| **Cc:** | Reza, Syed Mohsin |
| **Subject:** | RE: Galante -- Letter from Judge MotzHudson, Ashleigh A. <Ashleigh.Hudson@troutmansanders.com> |
| **Date:** | Monday, March 28, 2016 3:47:00 PM |

Dear Andrew,

I had been trying to get in touch with Judge Gallagher but she has been out of the office.
I plan to speak with her tomorrow.
I already spoke with Judge Motz's chambers and advised that I was unable to get in touch with Judge Gallagher.
Chambers said that they will expect to hear back from me by the 29th or 30th.

The Galantes would like to move forward with mediation.

Sincerely,

Sari


Sari K. Kurland, Esq.
**The Kurland Law Group**
211 Jersey Lane
Rockville, MD 20850
301.424.2834
f: 240.715.4658
sari@sarikurland.com
www.sarikurland.com



**From:** Pittman, Andrew B. [mailto:Andrew.Pittman@troutmansanders.com]
**Sent:** Monday, March 28, 2016 3:39 PM
**To:** Sari Kurland <sari@sarikurland.com>; Marie-Claire Noukelak <Marie-Claire@sarikurland.com>
**Cc:** Reza, Syed Mohsin <mohsin.reza@troutmansanders.com>; Hudson, Ashleigh A. <Ashleigh.Hudson@troutmansanders.com>
**Subject:** FW: Galante -- Letter from Judge Motz

Hello Sari and Marie-Claire:

Haven't heard back from you regarding the below.

If we do not hear back by the end of the day today, we'll presume the parties' position expressed to Judge Hollander regarding moving forward with summary judgment rulings prior to a second mediation remains unchanged, and will so advise Judge Motz.

Thanks,

Andy

Andrew B. Pittman
Troutman Sanders LLP
Telephone:  (757) 687-7707
Facsimile:   (757) 687-1556
Email:  andrew.pittman@troutmansanders.com

---

**From:** Pittman, Andrew B.
**Sent:** Friday, March 25, 2016 5:11 PM
**To:** 'Sari Kurland'; 'Marie-Claire Noukelak'
**Cc:** Lynch, John C.; Reza, Syed Mohsin; Hudson, Ashleigh A.
**Subject:** Galante -- Letter from Judge Motz

Hi Sari:

Per the attached letter from Judge Motz, he would like to know whether the parties still want a ruling on the summary judgment motions prior to contemplating a second mediation before Judge Gallagher.

During the status conference with Judge Hollander, the parties advised the judge that a second mediation would not be productive, given the parties' disparate settlement positions, until after the summary judgment motions are decided.

Our position remains the same, and we prefer that the Court proceed with ruling on the summary judgment motions.  Please advise if that is still your preference as well.

Per the attached order, Judge Motz wants the parties to notify him of their preference by Mon. March 28.

Thanks and have a great weekend,

Andy

Andrew B. Pittman
Troutman Sanders LLP
Telephone:  (757) 687-7707
Facsimile:   (757) 687-1556
Email:  andrew.pittman@troutmansanders.com

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.